UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| BENJAMIN LARSON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br> v. <br><br> BLITT AND GAINES P.C. and CAVALRY SPV I, LLC, <br><br> Defendants. | Case No.: 15-cv-1481 <br><br> **NOTICE OF DISMISSAL WITH PREJUDICE** <br><br> Hon. Rudolph T. Randa |

THE PLAINTIFF, Benjamin Larson, by counsel, Ademi & O'Reilly LLP, hereby gives notice pursuant to Rule 41 of the Federal Rules of Civil Procedure that this action is dismissed with prejudice and without costs to either party. No class has been certified in this case, and therefore Rule 23(e) of the Federal Rules of Civil Procedure does not apply. Further, the Defendants, Blitt and Gaines, P.C., and Cavalry SPV I, LLC, have not served an answer or motion for summary judgment, and therefore, dismissal does not require a court order, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated this 25th day of January 2016.    By:    s/ Mark A. Eldridge
                                                Mark A. Eldridge (SBN: 1089944)
                                                ADEMI & O'REILLY, LLP
                                                3620 East Layton Avenue
                                                Cudahy, WI 53110
                                                meldridge@ademilaw.com
                                                tel (414) 482-8000
                                                fax (414) 482-8001